JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ALFARO GUTIERREZ, Petitioner, v. CHRISTIAN PFEIFFER, Warden, Respondent. | Case No.: EDCV 16-01908 AB (JDE) JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: September 5, 2017

_____
ANDRÉ BIROTTE JR.
United States District Judge